IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALJAMID BROWN-BREMER | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 22-202 |
| PLEASANT VALLEY MANOR SKILLED | : |
| NURSING HOME | : |

**O R D E R**

**AND NOW**, this 20th day of May 2022, upon consideration of Defendant Pleasant Valley Manor Skilled Nursing Home's Motion to Dismiss for Failure to State a Claim (ECF No. 8), Plaintiff's Response in Opposition (ECF No. 11), Plaintiff's *Pro Se* Motion to Oppose Defendant Request to Dismiss Case (ECF No. 14), Plaintiff's Second Motion to Oppose Defendant's Request to Dismiss Case (ECF No. 16), Plaintiff's Second Motion to Oppose Defendant's Request to Dismiss Case (ECF No. 18), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED**;

2. Plaintiff's *Pro Se* Motion to Oppose Defendant Request to Dismiss Case (ECF No. 14), Plaintiff's Second Motion to Oppose Defendant's Request to Dismiss Case (ECF No. 16), and Plaintiff's Second Motion to Oppose Defendant's Request to Dismiss Case (ECF No. 18) are **DENIED**;

3. All other pending motions (Plaintiff's Motion to Appoint Counsel (ECF No. 3) and Plaintiff's Motions to Change Jurisdiction/Venue (ECF Nos. 9-10)) are **DENIED as MOOT**;

4. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

                 **BY THE COURT:**

                 */s/ R. Barclay Surrick*
                 **R. BARCLAY SURRICK, J.**